Eileen T. Booth, Esq. (Designated for Service) (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JEREMIAH POSEY, <br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION; <br> Defendants. | CASE NO. <br><br> **TRANS UNION, LLC'S NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Superior Court of California County of Fresno County, to the United States District Court for the Eastern District of California Fresno Division, on the following grounds:

1. Plaintiff Jeremiah Posey served Trans Union on or about September 7, 2016, with a Summons and Complaint For Damages (the "Complaint") filed in the Superior Court of California, County of Fresno. Copies of the Summons and Complaint are attached hereto, redacted pursuant to Federal Rule of Civil Procedure 5.2, as **Exhibit A** and **Exhibit C** respectively. Trans Union was also served with a Notice Of Case Management Conference, attached hereto as **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

/ / /

/ / /

TRANS UNION, LLC'S NOTICE OF REMOVAL

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶9, 16-19, 21-23, 26 and 27.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California Fresno Division.

5. Counsel for Trans Union has confirmed with the Superior Court of California, County of Fresno, both online and by telephone, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of California, County of Fresno, to this United States District Court, Eastern District of California Fresno Division.

Dated: September 7, 2016.                Respectfully submitted,

/s/ Eileen T. Booth
Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
**Jacobsen & McElroy PC**
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
        kanders@jacobsenmcelroy.com

*Attorneys for Defendant*
*TRANS UNION LLC*

TRANS UNION, LLC'S NOTICE OF REMOVAL

# PROOF OF SERVICE

I, Jessica Newton, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Jacobsen & McElroy PC, whose address is 2401 American River Drive, Suite 100, Sacramento, CA. On September 8, 2016, I served the following documents:

**TRANS UNION, LLC'S NOTICE OF REMOVAL**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sacramento, California. |

All documents were sent to the following persons in the following manner:

Jeremiah Posey
6184 North Gilroy Avenue
Fresno, CA  93722

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 8th day of September, 2016, at Sacramento, CA.

/s/ Jessica Newton
Jessica Newton

TRANS UNION, LLC'S NOTICE OF REMOVAL