## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JEREMIAH POSEY,**

                                       **JUDGMENT IN A CIVIL CASE**

CASE NO: **1:16–CV–01322–AWI–BAM**

        v.

**EQUIFAX INC., ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/8/2017**

                                      **Marianne Matherly**
                                      Clerk of Court

ENTERED:  **February 8, 2017**

                           by: /s/ T. Lundstrom_____
                                 Deputy Clerk